**ADNA MERRITT** *versus* **THOMAS PALMER.**

JOURNAL ENTRIES (1828–29): *Journal 4:* (1) Continued *p. 241; (2) judgment reversed *p. 257.
PAPERS IN FILE: (1) Affidavit and petition for writs of certiorari and supersedeas, allocatur; (2) bond for certiorari; (3) writ of certiorari and return; (4) assignment of errors; (5) joinder in error; (6) stipulation for judgment of reversal; (7) writ of fi. fa. for costs, return.
*1824–36 Calendar*, MS p. 156.

**JOHN DREW** *versus* **ENOS CUTLER.**

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Continued *p. 241; (2) motion to quash writ of error *p. 243; (3) motion to quash overruled *p. 252; (4) continued *p. 335; (5) judgment affirmed *p. 356.
PAPERS IN FILE: (1) Affidavit, petition, and precipe for writ of error; allocatur; (2) precipe for alias writ; (3) writ of error and return; (4) recognizance for writ of error; (5) affidavit of service of writs of error; (6) motion to quash writ of error; (7) reasons for motion to quash; (8) notice to defendant in error, proof of service; (9) assignment of errors, joinder.
*1824–36 Calendar*, MS p. 155. Recorded in *Book C*, MS pp. 222–30.

**JOHN McDONELL** *versus* **JOSEPH JOBIN.**

JOURNAL ENTRIES (1828): *Journal 4:* (1) Continued *p. 241; (2) judgment *p. 254.
PAPERS IN FILE: [None]
*1824–36 Calendar*, MS p. 157.

**GEORGE POSTAL** *versus* **SAMUEL CORY AND JOHN P. SHELDON.**

JOURNAL ENTRIES (1828–30): *Journal 4:* (1) Rule to plead, answer, or demur; copy of rule ordered published *p. 245; (2) motion to dismiss *p. 389; (3) bill dismissed *p. 390.
PAPERS IN FILE: (1) Bill of complaint; (2–3) writs of subpoena and returns; (4) affidavit of non-residence; (5) draft of rule to plead, etc.; (6) motion to dismiss.
*Chancery Case* 114 of 1828.